**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**HARTFORD DIVISION**

In re:
Sabah Kennawi
36 Belden Street
East Hartford, CT 06108

Chapter.: 13
Case No.: 18−20229 (jjt)

Debtor(s)

### ORDER DISMISSING CHAPTER 13 CASE WITH PREJUDICE

A Court's Order to Appear and Show Cause why this case should not be dismissed with a bar on future filings (ECF No. 9) was filed on March 21, 2018. After notice and a hearing held on April 12, 2018; it is hereby

ORDERED: The Debtor's Chapter 13 case is **DISMISSED WITH PREJUDICE** for a period of one (1) year from the date of this Order on account of a pattern of delay, non-responsiveness and abuse; and it is further

ORDERED, that the Chapter 13 Standing Trustee is directed to submit a Final Report and Account within Sixty (60) Days from the date of this Order.

**IT IS SO ORDERED** at Hartford, Connecticut this 16th day of April 2018.

*James J. Tancredi*
United States Bankruptcy Judge
District of Connecticut